shaminikumarind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

FEB 20 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00014 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **INDICTMENT** |
| SHAMINI KUMAR | ) **FALSE USE OF PASSPORT** |
| a/k/a "Aswevi Jegatheeswarn", | ) [18 U.S.C. §§ 1543 & 2] |
| Defendant. | ) |

THE GRAND JURY CHARGES:

On about February 17, 2008, in the District of Guam and elsewhere, the defendant herein, SHAMINI KUMAR a/k/a Aswevi Jegatheeswarn, did willfully and knowingly use and attempt to use a false passport in an attempt to enter the United States, by presenting to a U.S. Customs and Border Inspector a Canadian passport, number JE308821, in the name of

//

//

//

Aswevi Jegatheeswarn, and defendant knowing said passport was false, altered and did not belong to her, in violation of Title 18, United States Code, Sections 1543 and 2.

Dated this 20th day of February, 2008.

A TRUE BILL.

REDACTED

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *(signature)*
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Approved:

By: *(signature)*
JEFFREY J. STRAND
First Assistant U.S. Attorney

**Place of Offense:**

City _____ Hagåtña _____          **Related Case Information:**

Country/Parish _____          Superseding Indictment _____ Docket Number _____ **08-00014**
                                       Same Defendant _____          New Defendant __x__
                                       Search Warrant Case Number _____
                                       R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _x_ No

Defendant Name      ___SHAMINI KUMAR___

Alias Name          ___Aswevi Jegatheeswarn___

Address             _____

                    ___Batticaloa, Sri Lanka___

Birthdate _Xx/xx/1982_  SS# _xxx-xx-_  Sex _F_  Race _A_  Nationality _Sri Lanka_

**U.S. Attorney Information:**

AUSA  _Rosetta L. San Nicolas_

Interpreter: ___ No _X_ Yes   List language and/or dialect: ___Tamil___

RECEIVED FEB 20 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    ___ Petty ___ Misdemeanor _X_ Felony

|  | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1543 & 2 | False Use of Passport | 1 |
| Set 2 |  |  |  |
| Set 3 |  |  |  |
| Set 4 |  |  |  |

(May be continued on reverse)

Date: _2/19/08_   Signature of AUSA: _[signature]_