# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

SHAMINI KUMAR
aka "Aswevi Jegatheeswarm"

**WARRANT FOR ARREST**

Case Number: CR-08-00014-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ SHAMINI KUMAR aka "Aswevi Jegatheeswarm" _____
                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment     ☐ Information     ☐ Complaint     ☐ Order of court

☐ Pretrial Release      ☐ Probation           ☐ Supervised Release   ☐ Violation Notice
   Violation Petition      Violation Petition       Violation

charging him or her with (brief description of offense)

False Use of Passport

☑ in violation of Title _____ 18 _____ United States Code, Section(s) _____ 1543 & 2 _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | _Marilyn B. Alcon_ (signature) |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 02/20/2008        Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ___SHAMINI KUMAR aka "Aswevi Jegatheeswarm"_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____