# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00014                    DATE: February 22, 2008

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori                Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio            Electronically Recorded: 2:12:44 - 2:26:36
CSO: N. Edrosa

---

**APPEARANCES:**

Defendant: Shamini Kumar                    Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.          ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas          U.S. Agent:
U.S. Probation: Christopher Duenas          U.S. Marshal: T. Muna
Interpreter: Krishnan Seerengan             Language: Tamil

---

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Not guilty
- Trial set for: April 22, 2008 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: