# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-08-00014     DATE: March 03, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori     Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio     Electronically Recorded: 2:26:54 - 2:54:04
CSO: B. Pereda

**APPEARANCES:**
Defendant: Shamini Kumar     Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas     U.S. Agent:
U.S. Probation: Carleen Borja     U.S. Marshal: V. Roman
Interpreter: Krishnan Seerengan     Language: Tamil

**PROCEEDINGS: Change of Plea**
- Defendant consented to a Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge
- Defendant sworn and examined. Report and Recommendation executed by Court.
- Plea: Accepted.
- Sentencing set for: April 7, 2008 at 9:30 a.m.
- Draft Presentence Report due to the parties: March 17, 2008
- Response to Presentence Report: March 24, 2008
- Final Presentence Report due to the Court: March 31, 2008
- Defendant remanded to the custody of the U.S. Marshals Service for detention

NOTES: