AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT _____ GUAM

**UNITED STATES OF AMERICA**

V.

**SHAMINI KUMAR aka ASWEVI JEGATHEESWARM**

# NOTICE

**CASE NUMBER:** CR-08-00014

**TYPE OF CASE:**

☐ CIVIL   **X CRIMINAL**

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | **DATE AND TIME** |

**TYPE OF PROCEEDING**

**SENTENCING**

**X** TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | DATE AND TIME<br>PREVIOUSLY<br>SCHEDULED<br><br>April 7, 2008 at 9:30 A.M. | CONTINUED TO DATE<br>AND TIME<br><br><br>March 26, 2008 at 2:00 P.M. |
|---|---|---|

**JEANNE G. QUINATA, CLERK OF COURT**
**U.S. MAGISTRATE JUDGE OR CLERK OF**

| **March 21, 2008** | **Virginia T. Kilgore** |
|---|---|
| DATE | /s/ (BY) DEPUTY CLERK |

**TO:** U.S. Attorney's Office
Law Offices of Federal Public Defender
U.S. Probation Office
U.S. Marshals Service