# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-08-00014-001　　　　　　　　　　DATE: March 26, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Carmen B. Santos　　Virginia T. Kilgore | Electronically Recorded: 2:52:25 - 3:13:20 |
| CSO: D. Quinata | |

**APPEARANCES:**

Defendant: Shamini Kumar　　　　　　　　　Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Rosetta San Nicolas　　　　　U.S. Agent:
U.S. Probation: Carleen Borja　　　　　　　U.S. Marshal: G. Perez/J. Untalan
Interpreter: Krishnan Seerengan　　　　　　Language: Tamil

**PROCEEDINGS: Sentencing**

- Motion by counsel for defendant to modify defendant's name to read: Shamini Pooranakumar - <u>granted</u>.
- Motion by counsel for defendant to make minor changes to presentence investigation report - <u>granted</u>.
- Defendant committed to the Bureau of Prisons for a term of <u>time served (approximately 39-41 days)</u>.
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>1 year</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: